

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Andrew.Keenan@usdoj.gov*

*main:* (973) 645-2700
*direct:* (973) 645-2725

*Andrew Keenan*
*Assistant United States Attorney*

July 20, 2026

**BY ECF**

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:**  ***Joseph v. Soto, et al,*** **No. 26-8182 (CCC)**
> **Petitioner's Bond Hearing**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's July 10, 2026 Order, ECF No. 3, to report that an Immigration Judge held a bond hearing for Petitioner on July 16, 2026. The Immigration Judge granted Petitioner's request for bond. *See* Ex. A. We therefore respectfully request that the Court close this case.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Andrew Keenan*
ANDREW KEENAN
Assistant U.S. Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the
Clerk's Office is directed to close this matter.
SO ORDERED

    *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   7/22/2026